# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **BRENDA GRIFFIN,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:08-cv-54(HL) |
| **ARCHBOLD MEDICAL CENTER, INC.,** | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| **KELVIN REDDICK,** | : | |
| Third-Party Defendant. | : | |

# ORDER

In the Court's Rules 16 and 26 Order issued on January 5, 2009, the parties were directed to file a Rules 16/26 Discovery Report no later than February 13, 2009. The discovery report was untimely filed on February 17, 2009. The parties were subsequently notified on February 18, 2009 that the discovery report contained an error, as the required certification regarding two or more signatures was missing. The parties were instructed to re-file the discovery report after correcting the deficiency.

Over three months have passed since the parties were notified of the error, and no revised discovery report has been filed to date, even after counsel has been

contacted by the clerk of court's office.  As Defendant/Third-Party Plaintiff Archbold Medical Center, Inc. has informed the Court that it intends to proceed with its third-party claims against Third-Party Defendant Kelvin Reddick, a discovery report that meets the Court's guidelines is required.  The parties are instructed to file a Rules 16/26 Discovery Report which corrects the error within three (3) days of the date of this Order.

**SO ORDERED**, this the 2nd day of June, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh