# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **BRENDA GRIFFIN,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 7:08-cv-54(HL) |
| : | |
| **ARCHBOLD MEDICAL CENTER, INC.,** : | |
| : | |
| Defendant/Third-Party Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **KELVIN REDDICK,** : | |
| : | |
| Third-Party Defendant. : | |

_____

# ORDER

This case is before the Court on Third-Party Defendant Kelvin Reddick's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 28). The Court has considered the parties' briefs, and also heard argument from the parties on July 30, 2009.

Reddick has moved the Court to decline to exercise supplemental jurisdiction over the remaining state law indemnity claim since the federal claims between Plaintiff Brenda Griffin and Defendant/Third-Party Plaintiff Archbold Medical Center have been settled. Under 28 U.S.C. § 1367(c)(3), the Court has discretion in this matter, and declines to exercise supplemental jurisdiction. Accordingly, Reddick's Motion to Dismiss (Doc. 28) is **GRANTED**. The Third-Party Complaint filed by Archbold is **DISMISSED WITHOUT PREJUDICE**.

On May 5, 2009, Griffin accepted an offer of judgment from Archbold. The Court directs the clerk to enter judgment in favor Griffin and against Archbold in the amount of $30,000, which is inclusive of all elements of damages, including compensatory and punitive damages, and expenses of litigation, including attorney's fees and costs accrued through the date of service of the offer of judgment.

**SO ORDERED**, this the 30th day of July, 2009.

*s/   Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh